UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

RLP VENTURES, LLC,

Plaintiff,

- against -

HEISING-SIMONS FOUNDATION,

Defendant.

---------------------------------------------------------X

25-CV-1100 (VSB) (RWL)

**OPINION & ORDER**

Appearances:

Willard Alonzo Stanback
Willard Alonzo Stanback, PC
Trenton, NJ
*Counsel for Plaintiff*

Nate Andrew Garhart
Spencer West LLP
San Francisco, CA

Cameron J Gibbs
New York, NY
*Counsel for Defendant*

VERNON S. BRODERICK, United States District Judge:

On February 6, 2025, Plaintiff RLP Ventures, LLC ("RLP" or "Plaintiff") filed this trademark infringement case against Defendant Heising-Simons Foundation ("HSF" or "Defendant") alleging violations of the Lanham Act, 15 U.S.C. § 1051 *et seq.*, and New York common law. (Doc. 1.) On September 9, 2025, HSF moved to dismiss under Federal Rules of Civil Procedure 12(b)(2) for lack of personal jurisdiction, 12(b)(3) for improper venue, and 12(b)(6) for failure to state a claim. (Doc. 11.) On September 23, 2025, Plaintiff filed an opposition, (Doc. 15), and on September 30, 2025, Defendant filed a reply, (Doc. 16). On May

13, 2026, I referred the case to Magistrate Judge Robert W. Lehrburger for a report & recommendation on Defendant's motion to dismiss. (Doc. 32.)

On July 31, 2026, Magistrate Judge Lehrburger issued a 21-page Report and Recommendation (the "Report and Recommendation" or "Report") suggesting that I grant Defendant's motion to dismiss and the case be dismissed without prejudice to refiling in California—"where HSF in subject to personal jurisdiction"—and without leave to amend. (Doc. 33 ("Report") at 20–21.)

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "To accept the report and recommendation of a magistrate [judge], to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985); *see also Batista v. Walker*, No. 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) ("I am permitted to adopt those sections of a magistrate judge's report to which no specific objection is made, so long as those sections are not facially erroneous." (internal quotation marks omitted and alterations adopted)).

Although the Report explicitly provided that "the parties shall have fourteen (14) days to file written objections to this Report and Recommendation," (Report 21), no party filed an objection or sought an extension to file an objection. I have reviewed Magistrate Judge Lehrburger's detailed and well-reasoned Report and Recommendation for clear error and, after careful review, find none. I therefore ADOPT the Report and Recommendation in its entirety. The Clerk of Court is directed to close the motion at Document 11 and terminate the case.

SO ORDERED.

Dated: August 28, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge