UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RLP VENTURES, LLC,<br>Plaintiff,<br>-against-<br>HEISING-SIMONS FOUNDATION,<br>Defendant. | 25 CIVIL 1100 (VSB)<br>**JUDGMENT** |

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated August 28, 2026, the Court adopts the Report & Recommendation in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
September 1, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**